# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Wham−O Holding, Ltd., et al.

                                                  Plaintiff,

v.                                                                               Case No.: 1:22−cv−06252

                                                                              Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable Steven C. Seeger:Plaintiffs' motion for default judgment (Dckt. No. [42]) is hereby granted in part. The responses to the complaint are long since overdue. Final Judgment Order to follow. The motion for preliminary injunction (Dckt. No. [20]) is hereby denied as moot. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.